IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

DEBORAH JACKSON                      §

v.                                   §          CIVIL ACTION NO. 6:12CV958

UNITED STATES GOVERNMENT             §

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration.  The Report and Recommendation (document #6) recommends that the complaint be dismissed without prejudice pursuant to the Notice of Voluntary Dismissal filed by Plaintiff.  A certified mail receipt reveals that delivery of the Report and Recommendation was made on January 10, 2013.  No written objections have been filed.  The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal.  Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 1st day of February, 2013.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**